1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   MICHAEL PERRAULT,                    No.  2:23-cv-0857 DJC CKD P
12                  Plaintiff,
13        v.                              ORDER
14   J. MOUA, et al.,
15                  Defendants.
16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On November 8, 2023, the Magistrate Judge filed findings and

21   recommendations herein which were served on Plaintiff and which contained notice to

22   Plaintiff that any objections to the findings and recommendations were to be filed

23   within fourteen days.  Plaintiff has not filed objections to the findings and

24   recommendations.

25        The Court presumes that any findings of fact are correct.  *See Orand v. United*

26   *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law

27   are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

28   (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and

                                         1

recommendations to be supported by the record and by the Magistrate Judge's analysis.  In addition, the Court has reviewed the Magistrate Judge's August 24, 2023 Order (ECF No. 8) which the Court finds is also supported by the record and the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed November 8, 2023 are adopted in full; and

2.  This action is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **December 15, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2